## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **JAMES E. CHANEY JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-15-592-R** |
| | ) | |
| **WAL-MART STORES INC. and** | ) | |
| **WAL-MART STORE No. 517,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

### ORDER

Before the Court is Defendants Walmart Stores, Inc. and Walmart Store No. 517's ("Walmart") motion to dismiss Plaintiff's Amended Complaint. Doc. No. 15. No response to this motion has been filed. Therefore, pursuant to LCvR 7.1(g), in the Court's discretion, the motion to dismiss [Doc. No. 15] is deemed confessed and is GRANTED. Plaintiff's Amended Complaint [Doc. No. 14] is DISMISSED.

IT IS SO ORDERED, this 30th day of December, 2015.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE