**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| JAMES E. CHANEY JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-15-592-R |
| ) | |
| WAL-MART STORES INC. and ) | |
| WAL-MART STORE No. 517, ) | |
| ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

In accordance with the Order entered this 30th day of December, 2015, it is hereby ORDERED, ADJUDGED, and DECREED that this matter is DISMISSED without prejudice.

IT IS SO ORDERED, this 30th day of December, 2015.

_\[signature\]_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE